THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MICHAEL PANZARDI, Appellant. [619 NYS2d 995] —Judgment unanimously affirmed. Memorandum: Defendant was not denied his statutory right to testify before the Grand Jury by the prosecutor's announced intention to present a joinable charge to the same Grand Jury panel (see, People v Simon, 187

AD2d 740, *lv denied* 81 NY2d 893; *Matter of Gold v Booth,* 79 AD2d 1013, *lv denied* 53 NY2d 603). (Appeal from Judgment of Supreme Court, Monroe County, Doyle, J.—Manslaughter, 1st Degree.) Present—Denman, P. J., Green, Fallon, Wesley and Doerr, JJ.